UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4-11-70337 MAG |
| Plaintiff, | ) ) | DETENTION ORDER |
| v. | ) ) | |
| ROBERT EDGAR WEAGLE, | ) ) | |
| Defendant. | ) ) ) | |

I.  DETENTION ORDER

For the reasons stated on the record in open court on April 6, 2011, and considering the parties' proffers, the criminal complaint, Pretrial Services' report, and the factors set forth in 18 U.S.C. § 3142(g), the Court orders the defendant detained.  Based on the current record, the court determined that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of the community or the appearance of the defendant at future court appearances.  *See* 18 U.S.C. §§ 3142(e) and (f).  In particular, the court was concerned with the prior state conviction for four counts of lewd and lascivious conduct upon a child under age 14, the defendant's diagnostic commitment in connection with that prosecution, and the interplay of these factors with the current complaint.

The defendant did not request a full bail study at this time, such as an interview by Pretrial

1  Services. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a Section 3142(f) hearing, with
2  the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses,
3  and to present information by proffer or otherwise). He expressly retained his right to raise any
4  additional relevant information at a later hearing.

## II. CONCLUSION

The court orders the defendant detained without prejudice to his revisiting the issue of bail at a later hearing. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id*. § 3142(i)(4).

IT IS SO ORDERED.

DATED: April 8, 2011

LAUREL BEELER
United States Magistrate Judge

DETENTION ORDER
No. CR 4-11-70377 MAG                   2