UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ROBERT EDGAR WEAGLE, ) <br> ) <br>    Defendant. ) <br> ) <br> ) <br> _____ ) | No. CR 11-0279 SBA <br><br> ORDER DIRECTING THE PROBATION OFFICE TO PREPARE A PRE-PLEA REPORT AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

      The parties appeared today, April 28, 2011, before Magistrate Judge Laurel Beeler for an initial appearance on the Information filed in the above-referenced case. Judge Beeler continued the matter to July 13, 2011 at 10:00 a.m. for change of plea and sentencing before this Court. Judge Beeler that time be excluded under the Speedy Trial Act between April 28, 2011 and July 13, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office, and for effective preparation of counsel.

      The parties further requested that time be excluded under the Speedy Trial Act between April 28, 2011 and July 13, 2011 to allow time for the Court to consider the proposed plea

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-11-0279 SBA

1  agreement to be entered into by the defendant and the attorney for the government, and to allow
2  time for the preparation of a Presentence Investigation Report by the United States Probation
3  Office.  Defendant agreed that the Court may review the pre-plea Presentence Investigation
4  Report even though he has not yet pleaded guilty.  Good cause appearing therefor, and pursuant
5  to 18 U.S.C. § 3161(h)(1)(G),

6  **IT IS HEREBY ORDERED** that time between April 28, 2011 and July 13, 2011 is
7  excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
8  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
9  the attorney for the government.

10  **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
11  Presentence Investigation Report.

13  DATED:_4/28/11                          _____
                                            HON. SAUNDRA BROWN ARMSTRONG
14                                          United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-11-0279 SBA