BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant WEAGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00279-SBA |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| vs. | ) | |
| | ) | |
| ROBERT WEAGLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from July 13, 2011 until September 15, 2011 outweigh the best interests of the public and the defendant in a speedy and public trial because the defense is obtaining and analyzing numerous mental health records from diverse sources.

2. Given the need for further defense preparation for sentencing in this case, additional time is needed for effective preparation of counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

1

speedy trial act, 18 U.S.C. §§ 3161(h) (7)(A) and (B)(iv) from July 13, 2011 until September 15, 2011.

    IT IS FURTHER ORDERED that the CHANGE OF PLEA/SENTENCING HEARING date of July 13, 2011, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for September 15, 2011 at 10:00 a.m.

DATED:6/30/11

                                                      _____
                                         HON. SAUNDRA BROWN ARMSTRONG
                                          UNITED STATES DISTRICT JUDGE