UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT WEAGLE,<br><br>    Defendant. | No. CR 11-0279 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON OCTOBER 20, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the judgment, plea and sentencing hearing in this matter be continued to October 20, 2011 at 10:00 a.m. before the Honorable Saundra Brown Armstrong. The parties further requested that time be excluded under the Speedy Trial Act between August 31, 2011 and October 20, 2011 for effective preparation of counsel and continuity of counsel, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor,

///

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-11-0279 SBA

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2  October 20, 2011 at 10:00 a.m. before the Honorable Saundra Brown Armstrong, and that time
3  between August 31, 2011 and October 20, 2011 is excluded under the Speedy Trial Act,
4  specifically pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv), and (G), for effective preparation of
5  counsel, for continuity of counsel, and for consideration by the Court of a proposed plea
6  agreement to be entered into by the defendant and the attorney for the government.
7    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
8  Presentence Investigation Report.

10  DATED:_9/1/11                                     _____
                                                     HON. SAUNDRA BROWN ARMSTRONG
11                                                    United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-11-0279 SBA